**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARAM HALABI** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5773** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |
| | : | |

# ORDER

**AND NOW**, this 25th day of November 2026, following our independent consideration of Judge Copeland's November 24, 2026 Report and Recommendation (ECF 14) recommending we grant Defendant's Motion for remand confirming consent to the requested remand (ECF 13), and thus finding no further justiciable issue before us, it is **ORDERED** we:

1. **APPROVE** and **ADOPT** Judge Copeland's Report and Recommendation (ECF 14);

2. **REMAND** to Defendant for evaluation consistent with Plaintiff's claims;

3. **REVERSING** the Commissioner's present Judgment subject to remand upon consent;

4. **DENY** Plaintiff's Request for review (ECF 12) moot;

5. **DIRECT** Defendant to:

   a. promptly address all issues raised by Plaintiff (ECFs 1, 12);

   b. file status reports not exceeding two pages describing the parties' progress in the remanded matter before the administrative agency on **March 1, 2027** and every sixty days thereafter until an Order as we anticipate prompt review of this longstanding claim; and,

6. **DIRECT** the **Clerk** of Court **CLOSE** this case.

**KEARNEY, J.**